UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

**GERRY RUFF,**

      **Plaintiff,**

      **v.**

**AUTOVEST, L.L.C.**

      **Defendant.**

**Case No. 2:22-CV-03362**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Kimberly A. Jolson**

## OPINION AND ORDER

This matter arises on the Court's Order to Show Cause.  (ECF No. 11.)  On July 10, 2023, this Court Ordered "Plaintiff to show good cause within fourteen (14) days of the date of this Order why this action should not be dismissed and why an extension of time to file a corrected summons and Marshal service form for Defendant Autovest LLC. should be allowed." (*Id*., at 1.)   The Court's deadline has passed, and Defendant has not shown cause.  Pursuant to its earlier order, Defendant's action is **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED.**

**8/18/2023**　　　　　　　　　　　　　　　　　　**s/Edmund A. Sargus, Jr.**
**DATE**　　　　　　　　　　　　　　　　　　　　**EDMUND A. SARGUS, JR.**
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**